NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GOOGLE INC.,**
*Plaintiff-Appellee,*

v.

**BENEFICIAL INNOVATIONS, INC.,**
*Plaintiff-Appellant,*

v.

**ADVANCE PUBLICATIONS, INC., ALM MEDIA PROPERTIES, LLC, AMAZON.COM, INC., AMERICAN MEDIA, INC., AUTOTRADER.COM, INC., DELL, INC., DEMAND MEDIA, INC., EXPEDIA, INC., RODALE, INC., SCRIPPS INTERACTIVE LLC, VIACOM, INC., VILLAGE VOICE MEDIA HOLDINGS, LLC,** AND **SCRIPPS NETWORKS LLC,**
*Defendants.*

---

2014-1827

---

Appeal from the United States District Court for the Eastern District of Texas in No. 2:11-cv-00229-JRG-RSP, Judge J. Rodney Gilstrap.

---

**ON MOTION**

———————

**O R D E R**

Beneficial Innovations, Inc. and Google, Inc. jointly move for an extension of time, until January 16, 2015, for Beneficial Innovations, Inc. to file its principal brief, and for an extension of time, until April 27, 2015, for Google Inc. to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

                                FOR THE COURT

                                /s/ Daniel E. O'Toole
                                Daniel E. O'Toole
                                Clerk of Court

s27